**Order entered October 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00624-CR
No. 05-16-00625-CR

**JAMAL DESMOND MCCLENTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause Nos. F11-26246-I, F16-75306-I

## ORDER

These appeals are **REINSTATED**.

By order issued September 6, 2016, we abated these appeals and ordered the trial court to conduct a hearing to determine whether counsel should be appointed for appellant. A supplemental clerk's record has been filed with the Court containing the trial court's findings of fact. The trial court's findings indicate that Larry Mitchell was appointed as counsel for appellant on July 6, 2016. The Court accepts the trial court's recommendation to reflect Larry Mitchell as appellant's counsel of record.

We **DIRECT** the Clerk to send all correspondence to Larry Mitchell, P.O. Box 797632, Dallas, Texas 75379; telephone: (214) 870-3440; email: judge.mitchell@gmail.com.

We **EXTEND** the time to file appellant's brief to **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE